DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR GONZALEZ,<br><br>Defendant. | Case No. 5:19-mj-71209-MAG<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME FROM SEPTEMBER 26, 2019 THROUGH OCTOBER 31, 2019 FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv)] |

## JOINT STIPULATION

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Hector Gonzalez, that time be excluded under the Speedy Trial Act from September 26, 2019, through October 31, 2019, and that the deadline for a preliminary hearing be similarly extended.

The parties are continuing to investigate the facts of this matter and are exploring a possible preindictment resolution. The parties agree that time should be excluded under the Speedy Trial Act so that counsel can continue to prepare, including by reviewing the discovery previously produced and discovery that will be produced in the coming week. For this reason, the parties stipulate and agree that

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING & EXCLUDE TIME
19-MJ-71209 MAG

excluding time until October 31, 2019, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate and agree that the ends of justice served by excluding the time from September 26, 2019, through October 31, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

For the above reasons, the parties further stipulate that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. See 18 U.S.C. § 3161(b). Accordingly, the parties stipulate that the above deadlines should be extended to October 31, 2019, and jointly ask the Court to continue the arraignment/preliminary hearing in this case to that date before the duty magistrate judge.

IT IS SO STIPULATED.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED: September 19, 2019

/s/
SARAH E. GRISWOLD
Assistant United States Attorney

DATED: September 19, 2019

STEVEN G. KALAR
Federal Public Defender

/s/
SEVEAL KEITH
Counsel for Defendant HECTOR GONZALEZ

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING & EXCLUDE TIME
19-MJ-71209 MAG

ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 26, 2019, through October 31, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 26, 2019, through October 31, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 26, 2019, through October 31, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that the arraignment or preliminary hearing in this matter shall be CONTINUED from September 26, 2019, to October 31, 2019, at 1:30 p.m. before the duty magistrate. Based on the parties' showing, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: September 27, 2019

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE